Routh Crabtree Olsen, PS
3000 A Street, Suite 200
Anchorage, Alaska 99503
(907) 222-4300 Telephone
(907) 222-4396 Telefax
Attorneys for Deutsche Bank National Trust Co., as Trustee

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

In re )
) Case No. 10-00968
DOMINGO BALUYUT, JR. ) Chapter 7, previous Chapter 13
) MOTION FOR RELIEF FROM STAY
Debtor(s). ) 11 U.S.C. §362(d)(1)

Deutsche Bank National Trust Co., as Trustee ("Creditor") moves for relief from the automatic stay of 11 U.S.C. Section 362(a) and respectfully represents:

1. The debtor filed a petition in this court under Chapter 13 of the Bankruptcy Code on November 12, 2010, and converted to Chapter 7 on December 1, 2010.

2. Creditor is the holder of a secured claim against the Debtor, and pursuant to AK LBR 4001-1, said Creditor provides the following information:

(a) The present balance owing to Creditor, excluding any pre-computed interest or other unearned charges, is $208,949.22, consisting of:

| | |
|---|---|
| Principal: | $199,422.97 |
| Interest: | $31,462.38 |
| Attorney Fees/Costs: | $700.00 |
| Penalties/Late Charges: | $735.32 |
| Escrow Advances: | $5,562.96 |

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska 99503
(907) 222-4300
(907) 222-4396 fax

1

| | |
|---|---|
| Property inspections | $186.80 |
| Foreclosure Fees/Costs: | $5,076.65 |

(b) The date upon which the subject debt was incurred was January 11, 2005.

(c) Creditor holds a security interest or lien upon the following described property of the debtor: Lot 18, Block 3, Seclusion Bay Subdivision, Phase 2, according to the official plat thereof filed under Plat No. 2003-157, in the Anchorage Recording District, Third Judicial District, State of Alaska

(d) The nature of Creditor's security interest or lien, the date upon which the security interest or lien was obtained, and the date upon which the security interest or lien was perfected are as follows:

Nature of Lien: Deed of Trust.

Date Obtained: January 11, 2005

Date Perfected: January 14, 2005

Creditor has attached copies of all security agreements, financing statements, titles and other perfection documents necessary to prove the validity of its security interest or lien to its Proof of Claim, or alternatively, to this request.

(e) A description of Creditor's collateral, including its location, is: Single Family Residence, located at 11059 Solitude Circle, Anchorage, Alaska 99515.

(f) The fair market value of Creditor's collateral is $286,000.00, as determined by the following source or means: Anchorage Municipality Assessment

(g) A description of, and the amounts believed due upon, any other known

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

2

security interest or lien is as follows: GMAC Mortgage has an additional interest in the property in the approximate of $52,736.00. Chase has an additional interest in the property in the approximate amount of $123,466.00.

(h) If the Debtor is in default, the number of defaulted installments and the total sums in default are as follows:

2 monthly payments of $1,969.28 each, totaling $3,938.56;

6 monthly payments of $1,834.20 each, totaling $11,005.20;

16 monthly payments of $1,791.80 each, totaling $28,668.80;

Late charges totaling $735.32

Attorney fees and costs of $700.00;

Other advances, if any:  $186.80

Foreclosure fees and costs:  $5,076.65

For a total of $50,311.33

(i) This request is made under and pursuant to the following subsections of Section 362 of the Bankruptcy Code and the following additional authority, if any:  Section 362(d)(1). As part of its request for relief, Creditor asks that any period of delay in the effectiveness of the order granting relief, as provided by the Code or Rules of Bankruptcy Procedure, including FRBP 4001(a)(3), be waived in the order granting relief, and also that it may, at its option after the granting of relief, offer to and enter into with the Debtor any repayment plan, loan modification or other loss mitigation agreement, and may contact the

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

3

Debtor in writing or via telephone to offer such an arrangement. No such agreement will be with recourse if the Debtor is discharged of the debt referenced in this motion.

(j) Other facts that are relevant in determining whether relief from stay should be granted are as follows:

Dated: December 9, 2010

                              Routh Crabtree Olsen, PS

By:   /s/ Richard Ullstrom
Richard Ullstrom
Attorney for Deutsche Bank National Trust Co., as Trustee

I certify that on December 9, 2010, a copy of this motion was served on the following individuals.
The US Trustee
Trustee: Larry Compton
Debtor's Attorney: J. Mitchell Joyner
Debtor(s): Domingo Baluyut, Jr.
Address:   11059 Solitude Circle
              Anchorage, Alaska 99515

By: _____ /s/ Tiffany Morgan

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska 99503
(907) 222-4300
(907) 222-4396 fax

4