Routh Crabtree Olsen, PS
3000 A Street, Suite 200
Anchorage, Alaska 99503
(907) 222-4300 Telephone
(907) 222-4396 Telefax

Filed on 12/29/2010

Attorneys for Deutsche Bank National Trust Co., as Trustee

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ALASKA

In re )
) Case No.  A10-00968-DMD
DOMINGO BALUYUT, JR., ) Chapter 7
)
) ORDER GRANTING MOTION
Debtor. ) FOR RELIEF FROM STAY

This matter having come before the court upon the motion of Deutsche Bank National Trust Co., as Trustee for relief from stay, and the court having considered the motion, any opposition thereto, and the matters on file, and being duly advised, it is hereby

ORDERED, that the automatic stay existing as to Deutsche Bank National Trust Co., as Trustee, its agents, successors, and assigns, is hereby terminated, without any delay or holding period as provided in FRBP 4001(a)(3), as to the property described as:

> Lot 18, Block 3, Seclusion Bay Subdivision, Phase 2, according to the official plat thereof filed under Plat No. 2003-157, in the Anchorage Recording District, Third Judicial District, State of Alaska, also known as 11059 Solitude Circle, Anchorage, Alaska 99515

And Deutsche Bank National Trust Co., as Trustee, its agents, successors, and assigns, may pursue its state law remedies to enforce its security interests in and to the above-described property immediately upon the docketing of this order, and Deutsche Bank

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska 99503
(907) 222-4300
(907) 222-4396 fax

1

National Trust Co., as Trustee may, at its option after the granting of relief, offer to and enter into with the Debtor any repayment plan, loan modification or other loss mitigation agreement, and may contact the Debtor in writing or via telephone to offer such an arrangement, provided that if the Debtor is discharged of the debt secured by the above-described property, any such arrangement will be without recourse as to the Debtor, unless included in a reaffirmation agreement approved by this court.

Dated this 29th day of December, 2010

BY THE COURT

/s/ Donald MacDonald IV
Donald MacDonald IV
U.S. Bankruptcy Judge

Serve: J. Mitchell Joyner, Esq.
R. Ullstrom, Esq.
L. Compton, Trustee
U. S. Trustee

12/29/10

Routh Crabtree Olsen
3000 A Street
Suite 200
Anchorage, Alaska
99503
(907) 222-4300
(907) 222-4396 fax

2